Evans, J.
delivered the opinion of the Court.
By the 20th sec. of the statute 5 Geo. 2, the sheriff or other officer, having authority to grant replevins, .may and shall, in every replevin of distress for rent, take, in^their own names, from the plaintiff, a bond with two securities, <fcc. It is argued from this, no other bond than one given to the sheriff is good; but in the case of Kilgore v. Rabb, it was held that a bond given to the landlord with a condition to prosecute an action of replevin, and to satisfy all costs, &c.3 *99 0 O W GO •5 «-tí aT® *3 ■a p § g tí fern rQ .2 ¿3 t3 •g Jg tí ¿g co ^ O fe» rrt Z, ® ^ J-t !> tí © rj o £4 — 1 tí •+-» <x> tí pq .-g £ L «¡ o £ ajtí ’*> g'o'g h b ¡3 > a ® ftc¡ro'2'S bt .2 tí ® 2 3 rG O “ -P 'f-1 .tí « tí o -2 2 3 j>n.2 (- 8-5 n-g g 3 | ® g S3 5D£ +3 rrl •p" a IS P3 tí- O -2 m ffl ■g tí 03 & o ® 3 S bfS t O ^ tí £3 tí (u *w ogag.S.2 CD 3 § p bD tí >sS' P O CD SCD 2 & § a.a' oq n CD (D -G ' o *.£ .03 ^ & ^3 -[-•> tí tí 2 «■ S”« WD • tí rj - ¿3 <3 ^ o _ ~ .tí „ -tí 03 u 01 o .tí tí tí r"*; £ tí 33 ¡ •fe ® :> 'So 3 -2 •P^so tí cu ® tr o* a -o H'9l ? Qg 3 o ítí -2 CQ
The motion is dismissed
Richardson, J. O’Neall, J. Frost, J. and Withers, J. coacurred.

Motion refused.